**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| John Clay, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   14 C  4270 |
| | ) | |
| National Credit Adjusters, LLC, a | ) | Judge St. Eve |
| Kansas limited liability company, | ) | |
| Financial Adjustment Services, Inc., a | ) | |
| California corporation, and The | ) | |
| Schreiber Law Firm, LLC, an Indiana | ) | |
| Limited liability company, | ) | |
| | ) | |
|    Defendants. | ) | |

**NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, hereby stipulates to the dismissal of his claims against the Defendants, with prejudice.

Dated:  August 1, 2014

One of Plaintiff's Attorneys

/s/ David J. Philipps_____ _
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps     (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
davephilipps@aol.com
mephilipps@aol.com

1

## **CERTIFICATE OF SERVICE**

       I hereby certify that on August 1, 2014, a copy of the foregoing **Notice of Voluntary Dismissal with Prejudice** was filed electronically. Notice of this filing will be sent to the following parties by U.S. Mail, first class postage pre-paid, on August 1, 2014, by 5:00 p.m.

National Credit Adjusters, LLC
c/o David Kennedy Bifulco
Bifulco and Associates, P.C.
6 Neshaminy Interplex, Suite 209
Trevose, Pennsylvania 19053

Financial Adjustment Services, Inc.
c/o David Roschko, as registered agent
6355 Topanga Canyon Boulevard
Woodland Hills, California 91367

The Schreiber Law Firm, LLC
c/o Illinois Corporation Service, as registered agent
801 Adlai Stevenson Drive
Springfield, Illinois 62703


/s/ David J. Philipps_____

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com